# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156086(63)

RITA KENDZIERSKI, BONNIE HAINES,
GREG DENNIS, LOUISE BERTOLINI, JOHN
BARKER, JAMES COWAN, VINCENT
POWIERSKI, ROBERT STANLEY, ALAN
MOROSCHAN, and GAER GUERBER, on
Behalf of Themselves and All Others Similarly
Situated,
        Plaintiffs-Appellees,

v

                                               SC: 156086
                                               COA: 328929

MACOMB COUNTY,
        Defendant-Appellant.
                                               Macomb CC: 2010-001380-CK
_____/

        On order of the Chief Justice, the motion of the Public Corporation Law Section of the State Bar of Michigan, the Michigan Municipal League, the Michigan Association of Counties, and the Michigan Townships Association to file a brief amicus curiae in support of the application for leave to appeal is GRANTED. The amicus brief submitted on August 28, 2017, is accepted for filing.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

          September 1, 2017

                                           Clerk